**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

July 11, 2007

Mr. George Reynolds
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED
2007 JUL 17 A 11:45
FINANCIAL DISCLOSURE OFFICE

**Re: Financial Disclosure for Judge Susan Oki Mollway**

Dear Mr. Reynolds:

Enclosed are an original and three copies of my 2006 Financial Disclosure, the deadline for which was extended at my request.

In preparing my 2006 report I noticed a mistake in my 2005 report. Item 25 (Fidelity Advisor) in Part VII of the 2005 report should have reflected a value code of K in Column C(1) and a value method of T in Column C(2). The word "sell" in Column D(1) should have been preceded by "partial," as only part of my holding was sold on July 15 2005.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Susan Oki Mollway
United States District Judge

Enclosures

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) MOLLWAY, SUSAN O | 2. Court or Organization District of Hawaii | 3. Date of Report 07/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address United States District Court 300 Ala Moana Boulevard, #C409 Honolulu, HI 96850-0409 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Judicature Society, Hawaii Chapter |
| 2. Liaison from federal court | Hawai`i Supreme Court Commission on Professionalism |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 JUL 17 A 11:45 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-2/23 | 1/1/06-2/23/06 State agency-salary ███████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA Asia | Travel expenses (airfare, ground transportation, meals, hotel) to Manila to participate in training session on civil forfeiture. |
| 2. | 80-20 Iniative | Travel expenses (airfare, ground transportation, meals, hotel) to Los Angeles to receive award. |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 4/30/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 4/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hawaii State Federal Credit Union common stock | C | Interest | N | T | | | | | |
| 2. American Savings Bank, FSB | A | Interest | J | T | | | | | |
| 3. Columbus Life Insurance | A | Interest | J | T | | | | | |
| 4. Illinois College Savings Bonds | A | Interest | J | T | | | | | |
| 5. U.S. Savings Bond Series EE | A | Interest | J | T | | | | | |
| 6. EV Worldwide (IRA #1) | A | Dividend | J | T | | | | | |
| 7. DWS Scudder Gold (IRA #1) fn 1 | A | Dividend | J | T | | | | | |
| 8. Blackrock Global (Main IRA) fn 2 | A | Dividend | L | T | | | | | |
| 9. ML Bank | C | Interest | N | T | | | | | |
| 10. MFS Equity Portfolio (529) | | None | J | T | | | | | |
| 11. Blackrock 75% Equity (529) fn 3 | | None | J | T | | | | | |
| 12. Blackrock Equity Portfolio (529) fn 3 | | None | K | T | | | | | |
| 13. FR Temp (529) | | None | J | T | | | | | |
| 14. Alliance Bernstein (Main IRA) | A | Dividend | J | T | | | | | |
| 15. Alliance Bernstein Small (Main IRA) | A | Dividend | J | T | | | | | |
| 16. Fidelity Advisor Interm (Main IRA) | A | Dividend | K | T | | | | | |
| 17. Ing Pilgrim Financial (Main IRA) fn 4 | A | Dividend | | | transfer | 3/9 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 4/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock Real (Main IRA) | B | Dividend | J | T | buy | 3/5 | J | A | |
| 19. | | | | | partial sell | 3/15 | J | A | |
| 20. John Hancock Regional (Main IRA) | A | Dividend | J | T | | | | | |
| 21. PIMCO Total Return (Main IRA) | B | Dividend | K | T | buy | 4/4 | J | A | |
| 22. | | | | | partial sell | 4/4 | J | A | |
| 23. | | | | | buy | 6/2 | J | A | |
| 24. | | | | | partial sell | 6/2 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS and TRUSTS

fn 1 Item 7: DWS Gold was formerly listed as "Scudder Gold."

fn 2 Item 8: Blackrock Global was formerly listed as "Merrll Lynch Global."

fn 3 Items 11 and 12: Blackrock 75% Equity was formerly listed as "MLM 75% Equity," and Blackrock Equity Portfolio was formerly listed as "MLM Equity Portfolio."

fn 4 Item 17: Transfer per agreement and decree.

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 4/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date July 11, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544